**Order entered June 2, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01595-CV

### JUANITA GAROFALO, Appellant

### V.

### DALLAS AREA RAPID TRANSIT, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-13-03116-E**

## ORDER

Before the Court is appellant's May 22, 2014 motion to correct and file complete clerk's record and second motion for extension of time to file brief. In her motion, appellant, who is appearing pro se, identifies "a few" documents missing from the clerk's record and requests the Court "direct the Clerks of all courts in which this case has been docketed to compile a complete record of the case and file it immediately." Appellant also requests the deadline for filing her brief, which was due May 23, 2014, be extended to thirty days from the filing of the complete clerk's record.

Because appellant has failed to provide a complete list of all the items omitted from the record, we **DENY** her request to direct the clerk to file a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(b)(2). We **GRANT** appellant's extension motion to the extent we **ORDER** the

brief be filed no later than July 11, 2014.  In accordance with rule of appellate procedure 34.5, appellant shall file directly with the trial court clerk any request for a supplemental clerk's record no later than June 5, 2014.  *See* TEX. R. APP. P. 34.5(b)(2), (c).  Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE